IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| DYLAN TURNER,<br><br>        Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO.: |

NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Defendant USAA Casualty Insurance Company ("USAA CIC") hereby notices the removal of the above-captioned case from the Superior Court of Paulding County, State of Georgia, to the United States District Court for the Northern District of Georgia and in support thereof respectfully asserts:

1.

This Court has jurisdiction pursuant to 28 U.S.C. § 1332 and this action may be removed pursuant to 28 U.S.C. § 1441(b), because it is a civil action between

parties with complete diversity of citizenship and Plaintiff seeks damages which exceed the jurisdictional minimum of $75,000.00, exclusive of interest and costs.

2.

At the time of the Complaint and based upon the allegations therein, Plaintiff was a citizen of the State of Georgia. (See true and correct copy of Plaintiff's Complaint attached as Exhibit "A").

3.

At the time of the Complaint, Plaintiff made allegations against USAA Casualty Insurance Company, ("USAA CIC"). (See Exhibit "A").

4.

Defendant USAA CIC is a citizen of the State of Texas, by virtue of the fact that it is a Texas corporation with its principal place of business in San Antonio, Texas.

5.

In the aforementioned Complaint, Plaintiff seeks $5,670,942.60 plus interest at the legal rate up to and including the date of payment and unspecified further special damages, general damages and punitive damages. (See true and correct copy of the Complaint as Exhibit "A").

6.

Because the Plaintiff is a resident of the State of Georgia and USAA CIC is a citizen of the State of Texas and because the amount in controversy exceeds $75,000.00 jurisdictional requirement, there is complete diversity and removal of this case to United States District Court for the Northern District of Georgia is proper.

7.

This Notice of Removal is being filed within thirty (30) days after receipt of the service of Summons on September 18, 2012, and is timely filed pursuant to 28 U.S.C. § 1446(b).

8.

A notification of the filing of the Notice of Removal to federal court (copy attached hereto as Exhibit "B") has been filed contemporaneously herewith in the Superior Court of Paulding County, State of Georgia, on behalf of USAA CIC.

9.

Defendant USAA CIC has attached all pleadings pursuant to 28 U.S.C. § 1146(a). (See copies of pleadings attached as Exhibit "C").

10.

Defendant USAA CIC has served upon Plaintiff, by and through counsel, a copy of this Notice.

Wherefore Defendant requests that the above action now pending in the Superior Court of Paulding County, State of Georgia, be removed to this Court.

Respectfully submitted this 17th day of October 2012.

        SAVELL & WILLIAMS, L.L.P.


        By: /s/ William E. Turnipseed
           WILLIAM E. TURNIPSEED
           Georgia State Bar № 720125


        By: /s/ Cannon C. Alsobrook
           CANNON C. ALSOBROOK
           Georgia State Bar № 013717
       Attorneys for Defendant

2700 Harris Tower
233 Peachtree Street
Atlanta, Georgia  30303
404.521.1282
404.584.0026 (fax)
www.savellwilliams.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| DYLAN TURNER,<br><br>      Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>      Defendant. | CIVIL ACTION FILE<br><br>NO.: |

## CERTIFICATE OF SERVICE

This is to certify that I have on this date served counsel for the opposing parties in the foregoing matter with a copy of **NOTICE OF REMOVAL** by electronically transmitting this document to the Clerk's Office using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ESF registrants AND by depositing a copy of same in the United States Mail with adequate postage thereon addressed as follows:

>James N. Sadd, Esq.,
>Richard English Dolder, Jr., Esq.
>Slappey & Sadd, LLC
>352 Sandy Springs Circle
>Atlanta, GA  30328

This the 17th day of October 2012.

/s/ Cannon C. Alsobrook
CANNON C. ALSOBROOK
Georgia State Bar № 013717

2700 Harris Tower
233 Peachtree Street
Atlanta, Georgia  30303
404.521.1282
404.584.0026 (fax)
www.savellwilliams.com