IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DYLAN TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO.: |
| v. ) | 4:12-cv-0291-HLM |
| ) | |
| USAA CASUALTY INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### JOINT STATUS REPORT
### CONCERNING APPEAL OF UNDERLYING LAWSUIT

### AND

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to this Court's Order (dkt 20), the parties jointly report on the status of the appeal in the "Underlying Lawsuit." On September 23, 2013, the Supreme Court of Georgia denied the petition of certiorari in the Underlying Case. The denial of certiorari has the effect of affirming the decision by the Georgia Court of Appeals that the parties to the Underlying Lawsuit created a valid settlement agreement. *Turner v. Williamson*, 321 Ga. App. 209, 738 S.E.2d 712 (2013). Accordingly, the judgment against Plaintiff Dylan Turner in the Underlying Lawsuit is reversed.

In light of these developments, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Mr. Turner and Defendant USAA Casualty Insurance Company stipulate to the dismissal with prejudice of all claims, with each party bearing his or its own costs and attorneys' fees.

Respectfully submitted on October 14, 2013.

| | |
|---|---|
| */s/ Richard E. Dolder* | */s/ Cannon Alsobrook* |
| James ("Jay") Sadd | William E. Turnipseed |
| Georgia Bar No. 622010 | Georgia Bar No. 720125 |
| Richard E. Dolder, Jr. | Cannon C. Alsobrook |
| Georgia Bar No. 220237 | Georgia Bar No. 013717 |
| SLAPPEY & SADD | SAVELL & WILLIAMS |
| 352 Sandy Springs Circle | 2700 Harris Tower |
| Atlanta, Georgia 30328 | 233 Peachtree Street |
| (404) 255-6677 (telephone) | Atlanta, GA  30303 |
| jay@lawyersatlanta.com | 404-521-1282 (telephone) |
| rich@lawyersatlanta.com | calsobrook@savellwilliams.com |
| Attorneys for Plaintiff | wet@savellwilliams.com |
| | Attorneys for Defendant |

2

## CERTIFICATE OF SERVICE

The foregoing **Joint Status Report Concerning Appeal of Underlying Lawsuit and Stipulation of Dismissal With Prejudice** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record for USAA Casualty Insurance Company.  I further certify that the forgoing was prepared in Times New Roman 14pt and otherwise complies with Local Rule 5.1.

Respectfully submitted October 14, 2013.

>  */s/ Richard E. Dolder*
> Richard E. Dolder
> Georgia Bar No. 220237
> SLAPPEY & SADD, LLC
> 352 Sandy Springs Circle
> Atlanta, Georgia 30328
> (404) 255-6677 (voice)
> rich@lawyersatlanta.com
> Attorney for Plaintiff